United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Candi L Piper

Debtor

Case No. 23-00943-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1                                   User: AutoDocke                                   Page 1 of 2

Date Rcvd: May 19, 2026                               Form ID: trc                                   Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5552800 | + Email/Text: nsm_bk_notices@mrcooper.com | May 19 2026 18:51:00 | Mortgage Research Center, LLC, c/o Nationstar Mortgage LLC, Attention: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2026                        Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Mortgage Research Center  LLC amps@manleydeas.com |
| Donald K. Zagurskie | on behalf of Debtor 1 Candi L Piper jzmlawoffice@gmail.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Mario J. Hanyon | on behalf of Creditor Mortgage Research Center  LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Corpora wbecf@brockandscott.com, mario.hanyon@brockandscott.com |

Matthew K. Fissel

on behalf of Creditor Mortgage Research Center  LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Corpora
bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Matthew K. Fissel

on behalf of Creditor Mortgage Research Center  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

**2100 B (12/15)**

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:23-bk-00943-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Candi L Piper
334 Caldwell Hill
Lewistown PA 17044

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/18/2026.

Name and Address of Alleged Transferor(s):

Claim No. 6: Mortgage Research Center, LLC, c/o Nationstar Mortgage LLC, Attention: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9741

Name and Address of Transferee:

Carrington Mortgage Services, LLC
500 N. State College Blvd.
Ste 1030,1300,1400
Orange, CA 92868
Carrington Mortgage Services, LLC
500 N. State College Blvd.

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  05/21/26

Seth F. Eisenberg

**CLERK OF THE COURT**