**Fill in this information to identify the case:**

Debtor 1  CANDI L PIPER

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: MIDDLE  District of PA
(State)

Case number  23-00943

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made 12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

### Part 1: Mortgage Information

**Name of claim holder:** NATIONSTAR MORTGAGE

Court claim no. (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 1 4 4 2

**Property address:** 334 CALDWELL HILL
Number     Street

LEWISTOWN,     PA     17044
City     State     ZIP Code

### Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

### Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 571.43 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 571.43 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ |
| d. Total amount of arrearages disbursed by the trustee: | $ 571.43 |

## Part 4: Postpetition Payments

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ _____

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ _____

## Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/Donna Schott, Funds Manager
Signature

Date  5 / 27 / 2026

Trustee

Jack            N            Zaharopoulos
First Name      Middle Name      Last Name

Address

8125 Adams Drive, Suite A
Number          Street

Hummelstown            PA        17036
City                   State     ZIP Code

Contact phone ( 717 ) 566 – 6097

Email info@pamd13trustee.com

Case 1:23-bk-00943-HWV    Doc 36    Filed 05/27/26    Entered 05/27/26 07:16:41    Desc
Main Document      Page 2 of 3

# Disbursements for Claim

**Case: 23-00943          CANDI L PIPER**

**NATIONSTAR MORTGAGE**
PO BOX 619094

DALLAS, TX   75261-9741

Acct No: 0962-  PRE-ARREARS - Caldwe

ARREARS - 334 CALDWELL HILL ROAD

Sequence: 24
Modify:
Filed Date:
Hold Code:

| | | Debt: | $571.43 | Interest Paid: | $0.00 |
| Amt Sched: | $134,906.00 | | | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $571.43 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5200** | **NATIONSTAR MORTGAGE** | | | | | | | |
| 520-0 | NATIONSTAR MORTGAGE | | 11/15/2023 | 2030837 | $336.28 | $0.00 | $336.28 | 11/29/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 10/18/2023 | 2029889 | $235.15 | $0.00 | $235.15 | 11/01/2023 |
| | | | | Sub-totals: | $571.43 | $0.00 | $571.43 | |
| | | | | Grand Total: | $571.43 | $0.00 | | |