United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                          Case No. 23-00943-HWV

Candi L Piper                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                  User: AutoDocke                        Page 1 of 2

Date Rcvd: Jun 18, 2026             Form ID: 3180W                        Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Candi L Piper, 334 Caldwell Hill, Lewistown, PA 17044-8233 |
| 5549003 | | M&T BANK, PO Box 1508, Buffalo, NY 14240 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 18 2026 18:42:00 | Carrington Mortgage Services, LLC, 500 N. State College Blvd.,Suites 1030,, Orange, CA 92868, UNITED STATES 92868-1604 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 18 2026 18:42:00 | Mortgage Research Center, LLC d/b/a Veterans Unite, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 5804514 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 18 2026 18:42:00 | Carrington Mortgage Services, LLC, 500 N. State College Blvd., Ste 1030,1300,1400, Orange, CA 92868-1604 |
| 5804515 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 18 2026 18:42:00 | Carrington Mortgage Services, LLC, 500 N. State College Blvd., Ste 1030,1300,1400, Orange, CA 92868, Carrington Mortgage Services, LLC, 500 N. State College Blvd. 92868-1604 |
| 5537581 | + | EDI: CITICORP | Jun 18 2026 22:40:00 | CitiBank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5537582 | | EDI: DISCOVER | Jun 18 2026 22:40:00 | Discover Bank, PO Box 30421, Salt Lake City, UT 84130-0421 |
| 5539202 | | EDI: DISCOVER | Jun 18 2026 22:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5537583 | + | EDI: JPMORGANCHASE | Jun 18 2026 22:40:00 | JPMCB Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 5542288 | + | Email/Text: RASEBN@raslg.com | Jun 18 2026 18:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5552504 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 18 2026 18:53:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5537584 | | Email/Text: camanagement@mtb.com | Jun 18 2026 18:42:00 | M&T Bank, Lending Services Customer Support, PO Box 900, Millsboro, DE 19966 |
| 5552800 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 18 2026 18:42:00 | Mortgage Research Center, LLC, c/o Nationstar Mortgage LLC, Attention: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |
| 5537585 | | Email/Text: bkelectronicnotices@usaa.com | Jun 18 2026 18:42:00 | USAA, PO Box 65020, San Antonio, TX 78265-5020 |

| 5537586 | + EDI: VERIZONCOMB.COM | | |
|---|---|---|---|
| | | Jun 18 2026 22:40:00 | Verizon, National Recovery Operations, PO Box 26055, Minneapolis, MN 55426-0055 |
| 5549097 | EDI: AIS.COM | | |
| | | Jun 18 2026 22:40:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5537587 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Jun 18 2026 18:42:00 | Veterans United, PO Box 619094, Dallas, TX 75261-9094 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Mortgage Research Center  LLC amps@manleydeas.com |
| Donald K. Zagurskie | on behalf of Debtor 1 Candi L Piper jzmlawoffice@gmail.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor Mortgage Research Center  LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Corpora wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Mortgage Research Center  LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Corpora bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Mortgage Research Center  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

Information to identify the case:

| | | |
|---|---|---|
| Debtor 1 | Candi L Piper | Social Security number or ITIN   xxx–xx–5104 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    Middle District of Pennsylvania | | |
| Case number:   1:23–bk–00943–HWV | | |

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Candi L Piper
aka Candi L Piper–Larrabee

**By the court:**

6/18/26

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 1:23-bk-00943-HWV    Doc 40    Filed 06/20/26    Entered 06/21/26 00:27:18    Desc
Imaged Certificate of Notice    Page 5 of 5